304 Ga. 85
FINAL COPY

S16Y1178.  IN THE MATTER OF BONNIE MONIQUE YOUN.

PER CURIAM.

The Court having reviewed the notice of compliance submitted by the Office of the General Counsel of the State Bar of Georgia, and it appearing that Bonnie Monique Youn (State Bar No. 781445) has satisfied the conditions for reinstatement as specified by this Court, see In the Matter of Youn, 300 Ga. 134 (793 SE2d 379) (2016), it is hereby ordered that Bonnie Monique Youn be reinstated to practice law in the State of Georgia.

Reinstated. All the Justices concur.

Decided June 22, 2018.

Reinstatement.

Paula J. Frederick, General Counsel State Bar, Jenny K. Mittelman, Assistant General Counsel State Bar, for State Bar of Georgia.